**91–959.** State, ex rel. Coleman, v. Judges of the Court of Appeals for First App. Dist. In Mandamus. Reported at 62 Ohio St.3d 1406, 577 N.E.2d 359. On motion for rehearing. Rehearing denied.

**91–1627.** State v. Thomas. *Montgomery County,* No. CA 11861. Reported at 62 Ohio St.3d 1458, 580 N.E.2d 439. On motion for rehearing and on motion to defer consideration pending decision in 90–1898, *State v. Pierce,* Delaware County, No. 89–CA–30. Motions denied.

MOYER, C.J., and DOUGLAS, J., dissent, and would grant rehearing and defer consideration.

**91–1896.** Lewis v. Bland. *Summit County,* No. 14974. Reported at 62 Ohio St.3d 1478, 581 N.E.2d 1099. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**91–1977.** State v. Steffen. *Hamilton County,* No. C–900596. Reported at 62 Ohio St.3d 1494, 583 N.E.2d 966. On motion for rehearing. Rehearing denied.

**91–2026.** State v. Mayberry. *Cuyahoga County,* No. 58428. Reported at 62 Ohio St.3d 1491, 583 N.E.2d 315. On motion for rehearing. Rehearing denied.

**91–2032.** State v. Beuke. *Hamilton County,* No. C–900718. Reported at 62 Ohio St.3d 1496, 583 N.E.2d 968. On motion for rehearing. Rehearing denied.

**91–2418.** Jelks v. Alibrando Plumbing. *Franklin County,* No. 90AP–622. Reported at 62 Ohio St.3d 1492, 583 N.E.2d 316. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**90–2537.** Cincinnati Bar Assn. v. Sack. Robert H. Sack is found in contempt and he is ordered to appear in person before the court.

**92–193.** In re Keating. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Charles H. Keating is indefinitely suspended from the practice of law.

**92–212.** In re Lash. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), David Lindsay Lash is indefinitely suspended from the practice of law.